IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JIMMY DAVIS          PLAINTIFF

v.          No. 4:06CV212-P-A

NORRISS MORRISS          DEFENDANT

## ORDER DENYING MOTIONS TO PROCEED
## *IN FORMA PAUPERIS* AND
## DISMISSING CASE

This matter comes before the court on the plaintiff's failure to pay the filing fee in this case. On February 5, 2007, the court revoked the plaintiff's *in forma pauperis* status in all cases and ordered the plaintiff to pay the filing fee in this case no later than March 7, 2007. The court further ordered that failure to pay the filing fee by the appointed time would result in the dismissal of this case. The plaintiff has not paid the filing fee, and the deadline for doing so expired three weeks ago. As such, the plaintiff's motions [2], [8] to proceed *in forma pauperis* are hereby **DENIED**, and the instant case is hereby **DISMISSED.**

**SO ORDERED,** this the 28th day of March, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE